IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REECE CARR, Individually and on Behalf of all Others Similarly Situated, et al., | § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-19-CA-00212-FB |
| PATRIOT WELL SOLUTIONS, LLC, | § § § | |
| *Defendant*. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the Status Report and Request for Dismissal, filed by Plaintiffs on April 9, 2025. (Docket no. 134). This case was administratively closed on October 20, 2020, pending the outcome of Defendant's bankruptcy case. (Docket no. 116). Plaintiffs now inform the Court that the bankruptcy case has been closed and request that this matter be dismissed. (*Id.* at page 2). After careful consideration, the Court is of the opinion that the request should be granted.

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that the Order of Administrative Closure (contained no. 116) is LIFTED for the limited purpose of REOPENING this case so that this Order of Dismissal With Prejudice and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Plaintiffs' Status Report and Request for Dismissal (docket no. 134) the above styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 10th day of April, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE